UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ISAAC EARL EDGIN              ]
     Plaintiff,                ]
                               ]
v.                             ]     No. 3:11-0605
                               ]     Judge Sharp
MONTGOMERY COUNTY SHERIFF'S    ]
OFFICE, et al.                 ]
     Defendants.               ]


**O R D E R**

The Court has before it a *pro se* civil complaint (Docket Entry No. 1) and an application to proceed in forma pauperis (Docket Entry No. 2).

The plaintiff is a resident of Southside, Tennessee. According to his application, the plaintiff is unemployed and has no source of income. The plaintiff offers no explanation as to how he has been supporting himself for the past twelve (12) months other than to claim that he receives $200 each month in food stamps. As a consequence, the Court is unable to ascertain as of yet whether the plaintiff is worthy of pauper status.

Therefore, the plaintiff is hereby GRANTED fourteen (14) days from the date of entry of this order on the docket in which to provide a written statement describing with specificity any assets or sources of income used by him to meet his monthly needs and expenses for the past year. The plaintiff is forewarned that,

should he fail to provide a satisfactory statement, his application to proceed in forma pauperis will be denied.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge